564

No. 170. UNITED STATES v. MIDDLEBROOK, RECEIVER. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General Hughes* and *Assistant Attorney General Galloway* for the United States. *Messrs. C. C. Carlin, M. Carter Hall,* and *Leslie C. Garnett* for respondent.

No. 171. CLEVELAND, C., C. & St. L. R. Co. v. KEPNER. October 21, 1929. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Charles A. Houts, S. W. Baxter,* and *H. N. Quigley* for petitioner. *Mr. Patrick J. Cullen* for respondent.

No. 172. NEW YORK LIFE INS. CO. v. GITS. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Homer H. Cooper, Samuel Topliff,* and *Louis H. Cooke* for petitioner. *Mr. Daniel M. Dever* for respondent.

No. 174. BOERA ET AL. v. THE BUCKLEIGH ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank I. Finkler* for petitioners. *Messrs. L. de Grove Potter* and *Charles Burlingham* for respondents.

No. 175. BURNS ET AL. v. LUCAS, COMMISSIONER OF INTERNAL REVENUE. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Joseph F. Murray* for petitioners. *Solicitor General Hughes,* and *Messrs. Randolph C. Shaw* and *John Vaughan Groner* for respondent.